FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 23-0575

————————————

RIKKI HELD, et al.,

*Plaintiffs and Appellees,*

v.

THE STATE OF MONTANA, et al.,

*Defendants and Appellants.*

————————————

**ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF**

————————————

Pursuant to the unopposed motion of the Confederated Salish and Kootenai Tribes, Fort Belknap Indian Community, Alternative Energy Resources Organization, Citizens for a Better Flathead, Climate Smart Missoula, District XI Human Resource Council, Earthworks, Families for a Livable Climate, Forward Montana, Friends of 2 Rivers, Montana Audubon, Montana Environmental Information Center, Northern Plains Resource Council, NW Energy Coalition, Park County Environmental Council, Sierra Club, and SustainaBillings ("Tribal and Conservation Amici") seeking leave to file an *amicus curiae* brief and good cause appearing,

IT IS HEREBY ORDERED that Tribal and Conservation Amici's motion is GRANTED. Tribal and Conservation Amici are granted leave to file their *amicus curiae* brief on or before March 19, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024